UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| CARLOS COLON, | : | |
| Plaintiff | : | CIVIL ACTION NO. 3:20-1977 |
| v. | : | (JUDGE MANNION) |
| DR. PEPPERS, et al., | : | |
| Defendants | : | |

## ORDER

In accordance with the Memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. Defendants' motion to dismiss (Doc. 15) is **GRANTED**.

2. Plaintiff's motion for appointment of counsel (Doc. 13) and motion to stay pending ruling on the motion for appointment of counsel (Doc. 21) are **DISMISSED** as moot.

3. The Clerk of Court is directed to **CLOSE** this case.

4. Any appeal will be deemed frivolous, lacking merit, and not taken in good faith. See 28 U.S.C. §1915(a)(3).

*s/ Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

**Dated: May 27, 2021**
20-1977-01-ORDER